

Jack Schulz <jack.w.schulz@gmail.com>

## Fw: Curtis Rowe Wayne Yard (HR Regina)

**rowe0627@yahoo.com** <rowe0627@yahoo.com>   Mon, Oct 14, 2019 at 5:01 PM
Reply-To: "rowe0627@yahoo.com" <rowe0627@yahoo.com>
To: Jack Schulz <jack.w.schulz@gmail.com>, Jack Schulz <jackwschulz@gmail.com>

----- Forwarded Message -----
**From:** rowe0627@yahoo.com <rowe0627@yahoo.com>
**To:** rmarch@gflenv.com <rmarch@gflenv.com>
**Sent:** Sunday, January 20, 2019, 07:09:42 PM EST
**Subject:** Curtis Rowe Wayne Yard

Hello Regina,
   This email is in reference to what we discussed Friday afternoon.

On the evening of November 28th, I was instructed to go to Northville from Dearborn Heights to help them finish up. I told my supervisor (John Cole) that I would be out of hours and brought the truck back to the yard. I received a text from John that I was to meet with Sam the following morning.

The next two mornings I was held back for 45 minute meetings each day, defending my case as to why I chose not to illegally go over my HOS. These meeting were both humiliating and demeaning to my character as I have always given each and every one of them the utmost respect they deserved.

Since November 29th, I have been on punishment with the company, having my hours restricted to returning to yard at 4pm, even if only 15 minutes of work remained.

Refusal to work past HOS illegally, is not to be punished or have company retaliation in any form as per STAA, 49 U.S.C. Section 31105

For nearly 2 months now, I have continued to work to my fullest potential (there is a reason supervisors used to fight for me in their cities) hoping this unfair treatment I am getting would go away, but it hasnt.
Again, this is embarrassing to myself when my coworkers ask why they dont see me or how come I cant help. Overall, it has taken a huge toll on my character, the way my fellow coworkers and supervisors view me.

Fast forward to January 17th. Upon completion of my route at 3:30 (dump stops taking trucks at 4:30 and I'm 30 minutes away), John told me to dump the truck so we had a great Friday start. When leaving my city he calls me back and tells me not to dump, upper management is on their normal tangent.
At that point, I got upset. A company I work so hard for wants to continue beating me down (all for refusing to break the law) I decided to dump anyway.

I know for a fact personally that at least two other trucks had dumped after me, at the same location. When I clocked in Friday morning, I was asked if I had dumped. I answered yes and was instructed to meet with Sam. Nobody else had to meet with him because they are not on "punishment"
I became really hurt, as a matter of fact I cant remember the last time I felt this level of emotional pain. I am one of the most productive guys this yard has seen, just a few months back all of the supervisors were talking about wanting me to be the next supervisor, I remind myself.
I didnt know what to think at this point so I informed them that I was going home for the day. I was too upset to safely drive, as a matter of fact, it is almost 3 days past and my head still races in circles about what is going on.

At this point, I am looking for the mistreatment to go away. I know this email was probably more than you were expecting Regina but I feel you might be the only one with an open mind.

I have included, from November 28 the original log showing that I did not have the time to travel and work in another city.

I also included a rewritten log that the safety manager (Harold Wiggins) wrote when he tried explaining how to properly write one.

Notice how his rewritten log does not show me driving to the landfill (which is in a different city), he wrote me a 30 minute lunch when I only stopped for 15, he changed my clock in time to 6:30 when i clearly wrote that i left the yard at 6:30. There are a couple of other changes he made but he has to know what he did is not legal. I have been a class A license holder since 2006. He can't just write a log to make it "seem" like there are more hours to keep driving.

I had been working 70 hours a week nearly all summer, one time that I said no and this is how they do me.





Thanks again Regina

Curtis Rowe
Sent from Yahoo Mail on Android